United States Bankruptcy Court
Northern District Of Ohio

# NOTICE OF UNSUCCESSFUL PAYMENT

**To:** Craig Shopneck, Ch 13 Tr  **Case Number:** 15–14921–pmc

**Debtor(s):** Charlie C. Muruako  **Judge:** PAT E MORGENSTERN–CLARREN

The payment you submitted on August 31, 2016, in the amount of $ 300.00, receipt no. 34478088, was returned to the court as unsuccessful. The unsuccessful payment amount, and a service fee of $0.00 must be received in the form of cash, check, money order, or credit card, within 5 days of the date of this notice at the court location checked below.

- ☐ Akron – 455 U.S. Courthouse, 2 South Main Street, Akron, OH 44308
- ☐ Canton – Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave. SW., Canton, OH 44702
- ☑ Cleveland – Howard M. Metzenbaum U.S. Courthouse, 201 Superior Ave., Cleveland, OH 44114
- ☐ Toledo – 411 U.S. Courthouse, 1716 Spielbusch Ave., Toledo, OH 43604
- ☐ Youngstown – Nathaniel R. Jones Federal Building and U.S. Courthouse, 10 East Commerce Street, Youngstown, OH 44503

Payments related to this matter may be sent via mail, or paid at the courthouse from 9:00 a.m. until 4:00 p.m., Monday through Friday. Failure to submit the outstanding balance due may result in this matter being referred to the Judge for further consideration.

**Additional Comments/Instructions**
Invalid Account Number.

**Deputy Clerk:** K. Schneider   **Date:** September 7, 2016

**Form:** ohnb305